UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO A. MARTINEZ,<br><br>　　　　　Defendant. | 2:16-po-00033-KJN<br><br>ORDER TO DISMISS AND RECALL BENCH WARRANT<br><br>DATE:　March 8, 2016<br>TIME:　9:00 a.m.<br>JUDGE: Honorable Kendall J. Newman |

　　It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:16-po-00033-KJN without prejudice is GRANTED.

　　It is further ordered that the bench warrant issued March 8, 2016, on Violation Number 4803936 be recalled.

IT IS SO ORDERED.

Dated: January 13, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE